24

United States District Court
Southern District of Texas
ENTERED
JUL 29 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
JUL 29 1998
Michael N. Milby, Clerk

| | |
|---|---|
| PAL CHINDER | * |
| VS | *   C.A. NO. B92 081 |
| E.M. TROMINSKI | * |

## ORDER OF DISMISSAL

This is a Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 1105a(b) seeking review of the decision of the Board of Immigration and Appeals denying his application for asylum. It appears that Petitioner is no longer in custody and has left the jurisdiction of this Court.

It is therefore **ORDERED** that Petitioner's cause of action be **dismissed without prejudice** for mootness and/or failing to prosecute.

DONE at Brownsville, Texas, this 29th day of July, 1998.

Fidencio G. Garza, Jr.
United States Magistrate Judge