26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PAL CHINDER )  | |
|     PETITIONER, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-92-081 |
| E.M. TROMINSKI, ) | |
| DISTRICT DIRECTOR, ) | |
| IMMIGRATION & NATURALIZATION ) | |
| SERVICE, ) | |
|     RESPONDENT. ) | |

**ORDER OF DISMISSAL**

Magistrate Judge, Fidencio G. Garza, Jr., signed an Order of Dismissal on July 28, 1998. This Court has reviewed the file and concurs with the Magistrate Judge's decision. Therefore, it is

ORDERED that this matter be DISMISSED.

Dated this 19 day of April, 1999.

_____
United States District Court Judge